IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARDSON CLAIRVOYANT, | § | |
| | § | No. 151, 2021 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1809007630, |
| STATE OF DELAWARE, | § | 1909009085 (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 29, 2021
Decided: July 13, 2021

### **ORDER**

It appears to the Court that, on June 14, 2021, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant, Richardson Clairvoyant, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or to file a motion to proceed *in forma pauperis*. Postal records show that Clairvoyant received the notice to show cause on June 17, 2021. A timely response to the notice to show cause was due on or before June 28, 2021. To date, Clairvoyant has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice